FILED by ___ D.C.

ELECTRONIC

JUL 16, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-20607-CR-GOLD/MCALILEY**

18 U.S.C. § 3146(a)(2) and (b)(1)(A)(i)

UNITED STATES OF AMERICA

vs.

CARLOS GOMEZ,

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

From on or about January 7, 2009, and continuing through the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CARLOS GOMEZ,**

having previously been convicted in the case of <u>United States v. Carlos Gomez, et al.</u>, Case No. 08-20451-CR-Cooke, for a violation of Title 21, United States Code, Section 846, that is, conspiracy to possess with intent to distribute a controlled substance, an offense punishable by a term of imprisonment of fifteen (15) years or more, and having been released by the United States District Court for the Southern District of Florida, pursuant to Chapter 207 of Title 18, United States Code, did knowingly fail to surrender for service of his sentence, pursuant to a court order, in violation of

Title 18, United States Code, Section 3146(a)(2) and (b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
JAMIE M. McCALL
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| Carlos Gomez, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
|---|---|---|---|
| X   Miami | ____ Key West | Number of New Defendants | ____ |
| ____ FTL | ____ WPB   ____ FTP | Total number of counts | ____ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   <u>Yes</u>
   List language and/or dialect   <u>Spanish</u>

4. This case will take   <u>2</u>   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   | I   | 0 to 5 days    | X | Petty   | |
   |-----|----------------|---|---------|---|
   | II  | 6 to 10 days   |   | Minor   | |
   | III | 11 to 20 days  |   | Misdem. | |
   | IV  | 21 to 60 days  |   | Felony  | X |
   | V   | 61 days and over |  |         | |

6. Has this case been previously filed in this District Court? (Yes or No)   <u>No</u>
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   <u>No</u>
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   <u>08-20451-CR-COOKE</u>
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   <u>No</u>

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   X No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   X No

_____
JAMIE M. MCCALL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501266

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Carlos Gomez

**Case No**: _____

Count #: 1

Failure to Surrender

Title 18, United States Code, Section 3146(a)(2) and (b)(1)(A)(i)

* **Max.Penalty**:    10 years' imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.